1 | NADIN J. CUTTER, ESQ.
Nevada Bar No.: 11548
2 | CUTTER LAW FIRM, CHTD.
6787 West Tropicana, Suite 268
3 | Las Vegas, Nevada 89103
4 | Telephone: (702) 800-6525
Facsimile: (702) 800-6527
5 | *Attorney for  SABRINA THORNE*

6

7 | # UNITED STATES DISTRICT COURT

8 | ## DISTRICT OF NEVADA

9

10 | RUSSELL AND SABRINA THORNE,        CASE NO.:  2:06-cv-00942-pmp-pal
Plaintiffs,

11

12 | vs.

13 | PHILIP SINGER, MARYSE WAGNER,
14 | LEGAL SERVICE PROVIDERS, DOES
I-XX, Inclusive
15 | Defendants.

16

17

18 | ## ORDER GRANTING AFFIDAVIT OF RENEWAL OF JUDGMENT

19 | Upon a receipt, review and analysis of the Plaintiff Sabrina Thorne's Affidavit of Renewal

20 | of Judgment that was filed on May 19, 2014, and good cause appearing therefore:

21

22

23

24

25

26

27

28

1

1   IT IS HEREBY ORDERED that the Affidavit of Renewal of Judgment is GRANTED.

2   IT IS SO ORDERED.

3

4

5   DATED this _____ day of May, 2014.   _____
                                             HONORABLE PHILIP M. PRO

6

7

8

9

10

11

12   Respectfully Submitted by:

13   **CUTTER LAW FIRM, CHTD.**

14

15

16   NADIN J. CUTTER, ESQ.

17   Nevada Bar No. 11548
     6787 West Tropicana Avenue

18   Suites 268 & 270
     Las Vegas NV 89103

19   Telephone: 702-800-6525

20   Facsimile: 702-800-6527
     Cutter@CutterLegal.com

21   Attorney for Sabrina Thorne

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of CUTTER LAW FIRM, CHTD.

and that on this _____th day of May, 2014, I served a true and correct copy of the **ORDER**

**GRANTING AFFIDAVIT OF RENEWAL OF JUDGMENT** by:

_X__ U.S. Mail

_____ Certified U.S. Mail, Return Receipt Requested pursuant to NRS 17.214(3)

_____ Facsimile

_____ Personal Service

_____ Messenger Service

To the following:

Philip Singer
608 S. 8th Street
Las Vegas NV 89101
*Last known address per Motion to Withdraw*

Maryse Wagner
5425 E. Broadway #242
Tucson AZ 85711
*Last known address per Motion to Withdraw*

Legal Service Providers
7500 W. Lake Mead Blvd. #C9125
Las Vegas NV 89128
*Last known address per Secretary of State*

DATED this _____th day of May, 2014.

_____
Employee of CUTTER LAW FIRM, CHTD.

3