1  NADIN J. CUTTER, ESQ.
   Nevada Bar No.: 11548
2  CUTTER LAW FIRM, CHTD.
   6787 West Tropicana, Suite 268
3  Las Vegas, Nevada 89103
4  Telephone: (702) 800-6525
   Facsimile: (702) 800-6527
5  *Attorney for  SABRINA THORNE*

6

7              **UNITED STATES DISTRICT COURT**

8                 **DISTRICT OF NEVADA**

9

| RUSSELL AND SABRINA THORNE, | CASE NO.:   2:06-cv-00942-pmp-pal |
|---|---|
| Plaintiffs, | |
| vs. | |
| PHILIP SINGER, MARYSE WAGNER, LEGAL SERVICE PROVIDERS, DOES I-XX, Inclusive | |
| Defendants. | |

18       **ORDER GRANTING AFFIDAVIT OF RENEWAL OF JUDGMENT**

19       Upon a receipt, review and analysis of the Plaintiff Sabrina Thorne's Affidavit of Renewal

20  of Judgment that was filed on May 19, 2014, and good cause appearing therefore:

21

22

23

24

25

26

27

28

                                      1

1    IT IS HEREBY ORDERED that the Affidavit of Renewal of Judgment is GRANTED.

2                                    IT IS SO ORDERED.

3

4    DATED this ___19th___ day of May, 2014.

5                                                            HONORABLE PHILIP M. PRO

6

7

8

9

10

11

12   Respectfully Submitted by:

13   **CUTTER LAW FIRM, CHTD.**

14

15

16   NADIN J. CUTTER, ESQ.
     Nevada Bar No. 11548
17   6787 West Tropicana Avenue
     Suites 268 & 270
18   Las Vegas NV 89103
     Telephone: 702-800-6525
19   Facsimile: 702-800-6527
     Cutter@CutterLegal.com
20   Attorney for Sabrina Thorne

21

22

23

24

25

26

27

28

                                          2