NADIN J. CUTTER, ESQ.
Nevada Bar No.: 11548
CUTTER LAW FIRM, CHTD.
6787 West Tropicana, Suite 268
Las Vegas, Nevada 89103
Telephone: (702) 800-6525
Facsimile: (702) 800-6527
*Attorney for  SABRINA THORNE*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL AND SABRINA THORNE, <br><br> Plaintiffs, <br><br> vs. <br><br> PHILIP SINGER, MARYSE WAGNER, <br> LEGAL SERVICE PROVIDERS, DOES <br> I-XX, Inclusive <br> Defendants. | CASE NO.:   2:06-cv-00942-pmp-pal |

/ / /

/ / /

/ / /

1

**CERTIFICATE OF MAILING**

Pursuant to NRCP 5(b), I certify that I am an employee of CUTTER LAW FIRM, CHTD. and that on this 21st day of May, 2014, I served a true and correct copy of the **ORDER GRANTING AFFIDAVIT OF RENEWAL OF JUDGMENT** by:

\_\_\_\_   U.S. Mail

\_X\_\_   Certified U.S. Mail, Return Receipt Requested pursuant to NRS 17.214(3)

\_\_\_\_   Facsimile

\_\_\_\_   Personal Service

\_\_\_\_   Messenger Service

To the following:

Philip Singer
608 S. 8th Street
Las Vegas NV 89101
*Last known address per Motion to Withdraw*

Maryse Wagner
5425 E. Broadway #242
Tucson AZ 85711
*Last known address per Motion to Withdraw*

Legal Service Providers
7500 W. Lake Mead Blvd.
#C9125
Las Vegas, NV 89128

DATED this 21st day of May, 2014.

_____
Employee of CUTTER LAW FIRM, CHTD.

2